UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USHA CONDE,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>MID HUDSON REGIONAL HOSPITAL MEDICAL CENTER; JORDY RABINOWITZ,<br><br>　　　　　　　　Defendants. | 22-CV-3085 (UA)<br><br>ORDER DENYING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

　　Leave to proceed in this court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:　April 29, 2022
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Laura Taylor Swain　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge