UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USHA CONDE,

             Plaintiff,

-against-

MID HUDSON REGIONAL HOSPITAL MEDICAL CENTER; JORDY RABINOWITZ,

             Defendants.

22-CV-3085 (VB)

ORDER OF SERVICE

VINCENT L. BRICCETTI, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Mid Hudson Regional Hospital Medical Center and Jordy Rabinowitz. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:    May 26, 2022
             White Plains, New York

                                                                     VINCENT L. BRICCETTI
                                                                     United States District Judge