UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
USHA CONDE,

                Plaintiff,                22 **CIVIL** 3085 (VB)

   -against-                 **JUDGMENT**

MID HUDSON REGIONAL HOSPITAL MEDICAL
CENTER and JORDY RABINOWITZ,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated January 12, 2024, the motion to dismiss is GRANTED. All of plaintiff's claims are DISMISSED. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:** New York, New York
         January 16, 2024

                                                **RUBY J. KRAJICK**
                                                 Clerk of Court

                         **BY:**   _____
                                                  **Deputy Clerk**